**Allan A. PETERSEN, Plaintiff—
Appellant,**

**v.**

**Dominic GUTIERREZ; S. McClintock;
Officer Sanders; R. Trybis; Captain
Elza; Officer Junkins; William Lay-
hue, Defendants—Appellees.**

**No. 07–6553.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 29, 2007.

Decided: Nov. 21, 2007.

Allan A. Petersen, Appellant Pro Se.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Allan A. Petersen, a federal prisoner,
filed a civil rights complaint pursuant to
*Bivens v. Six Unknown Named Agents of
the Fed. Bureau of Narcotics,* 403 U.S.
388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).
Petersen appeals the district court's order
accepting the magistrate judge's recom-
mendation to dismiss his retaliation claim
for failure to state a claim upon which
relief may be granted and the remaining
claims without prejudice for failure to ex-
haust administrative remedies. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Petersen
v. Gutierrez,* No. 3:06–cv–00072–IMK, 2007
WL 1089089 (N.D.W.Va. Mar. 30, 2007).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*